ORIGINAL

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 15 2008
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | |
|---|---|
| LUPE MENDOZA GARCIA § § Petitioner, § § VS. § § NATHANIEL QUARTERMAN, Director § Texas Department of Criminal Justice, § Correctional Institutions Division § § Respondent. § | NO. 3-05-CV-2334-B |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct, and they are hereby accepted as the Findings of the Court. Petitioner's Rule 60(b)(4) motion "to Recall All Mandates, Judgments, Orders from the Northern District of Texas at Dallas and the Fifth Circuit Court of Appeals" [Doc. #25] is denied.

SO ORDERED this 14th day of April, 2008.

_____
UNITED STATES DISTRICT JUDGE